UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7531

LARRY PHILLIP PIKE,

Plaintiff - Appellant,

versus

NURSE OUTLAW; NURSE BUSH; DR. CEJAS,

Defendants - Appellees,

and

ROBERT MCCABE; NORFOLK CITY JAIL,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia at Alexandria. James C. Cacheris, Chief District Judge. (CA-1518-AM)

Submitted:  March 27, 1997          Decided:  April 9, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Phillip Pike, Appellant Pro Se.  Jason Robert Davis, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for default judgment and granting Defendants' motion to dismiss on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Pike v. McCabe, No. CA-95-1518-AM (E.D. Va. Aug. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3